IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN HARDNEY, | ) | No. C 10-04496 JW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| DERRAL ADAMS, Warden, | ) | |
| Respondent. | ) | |

Petitioner, a California prisoner currently incarcerated at the Pelican Bay State Prison ("PBSP") in Crescent City, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 11, 2011, the Court dismissed the petitioner with leave to amend. (Docket No. 7.) Petitioner was directed to submit an amended petition within thirty days from the date of the notice or face dismissal of the action without prejudice and without further notice to petitioner. (Id.)

The deadline has since passed, and petitioner has failed to file an amended petition or a request for an extension of time to do so. Accordingly, this action is DISMISSED without prejudice.

The clerk shall terminate any pending motions and close the file.

DATED:   April 25, 2011

JAMES WARE
United States District Chief Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\HC.10\Hardney04496_dismissal.wpd